UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *Plaintiff,* | : | |
| v. | : | Civil No. 3:13-cv-00221-JJB-SCR |
| ANN M. WILLIAMS; and<br>ANN'S TAX SERVICE, LLC | : | |
| *Defendant.* | : | |

# ORDER OF PERMANENT INJUNCTION

Upon consideration of the United States' Motion for Entry of Order of Permanent Injunction and the parties' Stipulation for Entry of Order of Permanent Injunction, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and under 26 U.S.C. §§ 7402, 7407 and 7408;

2. Ann Williams and Ann's Tax Service, LLC, and their representatives, agents, servants, employees, attorneys, independent contractors, and anyone in active concert or participation with them, are enjoined under 26 U.S.C. §§ 7402(a), 7407, and 7408 from directly or indirectly :

    a. Acting as a tax return preparer or otherwise directly or indirectly preparing or filing, or assisting in the preparation or filing of any federal tax return, amended federal tax return, and any other related documents and forms, for any other person or entity;

b. Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, and/or 6701;

   c. Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and

   d. Engaging in any other activity subject to penalty under the Internal Revenue Code.

3. Ann Williams and Ann's Tax Service, LLC are ORDERED, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, to contact by mail or by e-mail (if an address is known), and provide an executed copy of this Order of Permanent Injunction to all persons for whom they have prepared a federal tax return or form since January 1, 2011. Williams, individually and as an agent for Ann's Tax Service, must send the copies within 30 days of the date of this order and must, within 5 days thereafter, provide to the United States a certificate of compliance, signed under penalty of perjury, stating that she has complied with this requirement. The mailings shall include a cover letter in a form either agreed to by counsel for the United States or approved by the Court, a copy of the Order of Permanent Injunction, and shall not include any other documents or enclosures;

4. Ann Williams and Ann's Tax Service, LLC are ORDERED, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, to turn over to counsel for the United States a list of the names, addresses, e-mail addresses, phone numbers, and Social Security numbers of all individuals or entities for whom they have prepared or helped to prepare any tax-related documents, including claims for refund or tax returns since January 1, 2011.

Williams, individually and as an agent for Ann's Tax Service, must provide this list within 30 days of the date of the injunction; and

5. The United States is permitted to engage in post-judgment discovery to ensure compliance with the permanent injunction.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana, on April 9, 2013.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**